Lillie H. COHEN, Appellant, v. Joseph A. PETTY, Appellee.

No. 5812.

Court of Appeals of the District of Columbia.

Argued May 5, 1933.

Decided May 29, 1933.

Before MARTIN, Chief Justice, and VAN ORSDEL, HITZ, and GRONER, Associate Justices.

GRONER, Associate Justice.

This case is ruled by our conclusion in Jeanette Cohen v. Joseph A. Petty, 62 App. D. C. ——, 65 F.(2d) 820, decided this day, and accordingly the judgment of the lower court is affirmed.

Affirmed.